```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 15889
   MARCO A AGUILAR
   CARLA M AGUILAR                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1604      SSN XXX-XX-0565
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/04/06 and confirmed on 03/07/07.

2. The case was converted to Chapter 7 after confirmation, 08/18/2008.

3. The Debtor paid a total of $  6005.47 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 13358.30 | .00 | 1522.73 |
| AFFILIATES IN PRIMARY CA | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS HOMES SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2124.72 | .00 | 218.93 |
| CAPITAL ONE BANK | UNSECURED | 1451.18 | .00 | 149.53 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1111.72 | .00 | 114.56 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | 1153.82 | .00 | 118.91 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CORWIN MEDICAL CARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MAX | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 83.86 | .00 | 8.64 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE CORP I | UNSECURED | 10065.25 | .00 | 1037.17 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LABCORP | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1673.10 | .00 | 172.40 |
| NICOR GAS | UNSECURED | 263.12 | .00 | 27.12 |

```
OMNIUM WORLDWIDE INC       UNSECURED      NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED      NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED      NOT FILED              .00          .00
PROVENA SERVICE CORP       UNSECURED      NOT FILED              .00          .00
ROBERT BIRD LAW OFFICE     UNSECURED      NOT FILED              .00          .00
REZIN ORTHOPEDIC           UNSECURED      NOT FILED              .00          .00
TRU GREEN CHEMLAWN         UNSECURED      NOT FILED              .00          .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00     31285.07         .00     31285.07
PRINCIPAL PAID         .00          .00      3369.99         .00      3369.99
INTEREST PAID          .00          .00          .00         .00          .00
TOTAL PAID             .00          .00      3369.99         .00      3369.99
```

The Debtor's attorney, JOHN A REED                         , was allowed $    3000.00
and was paid $    626.00   direct and $    2374.00   through the plan.

The Trustee received $    261.48 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/13/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 15889 MARCO A AGUILAR & CARLA M AGUILAR